# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3041
_____

United States of America

*Plaintiff - Appellee*

v.

Montez Deonta Quinn

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: March 30, 2022
Filed: April 4, 2022
[Unpublished]

_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Montez Quinn appeals the sentence imposed by the district court[1] after he pleaded guilty to being a felon in possession of a firearm, pursuant to a plea

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

agreement that includes an appeal waiver.  His counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the district court erred in failing to award an acceptance-of-responsibility reduction.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal.  See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).  We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver.  Accordingly, we dismiss the appeal, and we grant counsel's motion to withdraw.

_____